5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS MORENO SILVA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARIA SANTOS GARCIA BANDA, DECEASED; JESUS MORENO GARCIA, DORA MORENO GARCIA, BARBARA MORENO GARCIA, ADVIENTA, MORENO GARCIA PRADO, SABINA MORENO GARCIA, MONICA MORENO GARCIA, SOCORRO MORENO GARCIA MENDOZA, JUAN PABLO MORENO GARCIA, MARIA SANTOS MORENO GARCIA, VALERIE MORENO GARCIA, *Plaintiffs* | § § § § § § § § § § § § § § | CIVIL ACTION NO. B3-30<br><br>CERTIFICATE OF WRITTEN DISCOVERY |
| VS. | § § | |
| AIRPAX ACQUISITION, L.L.C., AIRPAX CORPORATION, L.L., AND AIRPAX DE MEXICO, S.A., *Defendants* | § § § § | |

Pursuant to Rule 26 of the Federal Rule of Civil Procedure, Plaintiffs hereby serve the following on Defendant Airpax Corporation, L.L.C.:

1. Plaintiffs' Answers and Responses to Defendant Airpax Corporation, L.L.C.'s First Set of Interrogatories and Requests for Production;

2. Plaintiffs' Responses to Defendant Airpax Corporation, L.L.C.'s Requests for Disclosure.

Respectfully submitted,

LAW OFFICE OF RAMON GARCIA, P.C.
222 W. University Drive
(956) 383-7441 and (956) 381-0825 (Telefax)

By: _____
CATHERINE W. SMITH
STATE BAR NO. 18547080
SDT BAR NO. 19360

OF COUNSEL:
RAMON GARCIA
STATE BAR NO. 07641800
SDT Bar No. 3936

1

## CERTIFICATE OF SERVICE

I, CATHERINE W. SMITH, do hereby certify that on the ___5th___ day of March, 2003, a true and correct copy of the foregoing Certificate of Written Discovery was sent by United Stated Certified Mail, Return Receipt Requested to:

Mr. F. Edward Barker
**BARKER, LEON, FANCHER & MATTHYS, L.L.P.**
Tower II – Suite 1200
555 North Carancahua Street
Corpus Christi, Texas 78478
*Counsel for Defendant Airpax Corporation, LLC*

_____
CATHERINE W. SMITH